**Barry Alan RICHMOND, d/b/a the Republic of Montmartre, Plaintiff,**

v.

**NEW YORK TELEPHONE COMPANY, Defendant.**

**No. 77 Civ. 3175.**

United States District Court, S. D. New York.

April 4, 1978.

Edward J. Swan, New York City, for plaintiff.

George Ashley, New York City, for defendant.

MEMORANDUM AND ORDER

KNAPP, District Judge.

Plaintiff seeks to hold the defendant New York Telephone Company liable under 42 U.S.C. § 1983 for deprivation of First Amendment and due process rights in denying him a listing in the New York telephone directory under the heading

"Montmartre Govt of".[1] Such a denial would be actionable under § 1983 only if defendant's action could be characterized as that of the state. We find this state action requirement unsatisfied here. See *Jackson v. Metropolitan Edison Co.* (1974) 419 U.S. 345, 95 S.Ct. 449, 42 L.Ed.2d 477; *Taylor v. Con Edison Co.* (2d Cir. 1977) 552 F.2d 39. Since the § 1983 claim must be dismissed, an exercise of pendent jurisdiction over plaintiff's defamation claim would be inappropriate.[2] *United Mine Workers v. Gibbs* (1966) 383 U.S. 715, 86 S.Ct. 1130, 16 L.Ed.2d 218, *Kavit v. A. L. Stamm & Co.* (2d Cir. 1974) 491 F.2d 1176. Defendant's motion to dismiss the complaint is accordingly granted.

SO ORDERED.

---

1. The disputed listing reads as follows:

Montmartre Govt Of—

| | |
|---|---|
| Chancery 310E70 | 861–1813 |
| Residence Of The Ambassador 310E70 | 861–1813 |
| Montmartre Consulate Genl 45E55 | 751–2940 |
| Commission To Internationalize The Vactican City State 310E70 | |
| Montgolfier Brothers International Aerodrome Authority 310E70 | 861–1813 |
| Montmartre International War Crimes Commission 310E70 | |
| Montmartre Military Mission To The Kurds 310E70 | |
| Montmartre Military Mission To The Royal Scottish Jacobite Govt 45 Moshier Greenwich Conn 203 | 531–7734 |
| Montmartre Military Mission To The Soviet Georgian Guerrillas 310E70 | 861–1813 |
| Montmartre–U S Joint International Boundary & Water Comm 919 3Av | 355–2300 |

| | |
|---|---|
| National Theatre–Theatre Du Grand–Guignol De Paris 310E70 | |
| Office Of The Grand High Commissioner For Land Berlin 310E70 | |
| Office Of The Grand High Commissioner For The Shanghai Concession 310E70 | 861–1813 |
| Peoples Liberation Army For St Pierre And Miquelon 310E70 | |
| Permanent Observer Mission Of The Republic Of Montmartre To The U N 310E70 | |
| Semi-Official News Agency–O C I DL 310E70 | |

2. Counsel for neither party has explored the possibility that jurisdiction over the defamation claim might be based on diversity between the New York defendant and plaintiff as ruler of the sovereign state of Montmartre.